AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

In the Matter of the Search of  
*(Briefly describe the property to be searched or identify the person by name and address)*

Apple iPhone "PRODUCT RED," unknown serial number

Case No. 1:23-mc-00969

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the **Middle** District of **Pennsylvania**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 371, 495, 510, 1028, 1341, 2315 | Conspiracy, forging endorsements on Treasury checks of the United States, fraud and related activity in connection with identification documents, authentication features, and information, frauds and swindles, receipt of stolen securities or moneys |

The application is based on these facts:

☐ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Connor C. Donahue  
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by  
__telephone__ *(specify reliable electronic means)*.

Date: 12/4/2023

*s/ Daryl F. Bloom*  
*Judge's signature*

City and state: Harrisburg, PA

Daryl F. Bloom, U.S Magistrate Judge  
*Printed name and title*